FILED
MAR 0 2 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH MCDONALD,<br>Defendant. | Case No.: 18MJ0989<br>COMPLAINT FOR VIOLATION OF:<br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about February 10, 2018, within the Southern District of California, defendant JOSEPH MCDONALD, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Jimenez Arms 9mm handgun; in violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Lucy Coburn
Special Agent, HSI

Sworn to me and subscribed in my presence this 2 day of March, 2018.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On February 10, 2018, at approximately 11:08 p.m., Joseph MCDONALD ("MCDONALD") presented himself for entry into the United States via the San Ysidro Port of Entry, vehicle lanes. At the primary inspection booth, MCDONALD informed the Customs and Border Protection officer, ("CBPO") that he had entered Mexico by mistake, and was reentering the United States. MCDONALD was referred for secondary inspection.

In the secondary inspection area, a CBPO found a loaded 12-round, 9mm magazine hidden behind the steering column of MCDONALD's vehicle. Further inspection also located 117-rounds of 9mm ammunition hidden in the vehicle.

While CBPOs continued to search the vehicle, MCDONALD was advised of his *Miranda* rights and agreed to make a statement. MCDONALD admitted knowledge of the magazine and ammunition, that a friend had given him the ammunition, and that he had intended to sell the ammunition. MCDONALD admitted to being a felon and claimed that he had entered into Mexico by mistake, after attempting pick up a relative at the trolley station.

MCDONALD gave agents consent to search his phone to corroborate his story that he had mistakenly entered Mexico. Before entering the code, however, agents were able to view MCDONALD's display screen which showed a text message from "Lola," who MCDONALD identified as his fiancée, stating "Joseph u can't have u gun in u car to cross

if u still there u need it at the street and clean good u gun but not in u car to crossing the border and u drug also. Not take it with you."

Subsequently, CBPOs found a semi-automatic Jimenez Arms 9mm handgun concealed between the metal frame and cushion of one of the vehicle's seats.

Records checks on MCDONALD revealed the following relevant criminal history:

| **CONVICTION DATE** | **COURT OF CONVICTION** | **CHARGE** | **TERM OF IMPRISONMENT** |
|---|---|---|---|
| 1/9/01 | CASC-San Diego | PC 212.5 – 2nd Degree Robbery | 3 years' prison |
| 7/15/99 | CASC-San Diego | PC 211 – Robbery | 1 year jail, 3 years' probation |